JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ROXANNE ARI, | NO. CV 25-8643-WLH (AGR) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| LAVELLE PARKER, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice to Filing a Civil Rights Action,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice to Petitioner's ability to file a separate civil rights action.

The Clerk is DIRECTED to send a state prisoner civil rights packet to Petitioner.

DATED: 9/22/2025

HON. WESLEY L. HSU
United States District Judge